# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## MIDDLE DIVISION

| | |
|---|---|
| **NORTHFIELD INSURANCE COMPANY,** }<br>}<br>}<br>    **Plaintiff,** }<br>}<br>**v.** }<br>}<br>**BROWNING TIMBER & SAW MILL, LLC, et al.,** }<br>}<br>    **Defendants.** } | **Case No.: 4:17-cv-01236-ACA** |

## **FINAL JUDGMENT**

Consistent with the memorandum opinion entered contemporaneously with this order and the court's January 8, 2019 memorandum opinion (doc. 70), the court **ENTERS DEFAULT JUDGMENT** against Defendant Jonathan Darnell, and the court **ENTERS JUDGMENT AS A MATTER OF LAW** against Defendants Browning Timber & Saw Mill, LLC, Colin Browning, and Brad Wilson.

The court **DIRECTS** the Clerk to close the file.

**DONE** and **ORDERED** this January 15, 2019.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE