**FORM 1.** Notice of Appeal to the United States Court of Appeals for the Federal Circuit from a Judgment or Order of a UNITED STATES DISTRICT COURT

FILED
2019 Feb-06 PM 04:14
U.S. DISTRICT COURT
N.D. OF ALABAMA

Form 1
Rev. 03/16

# United States District Court

## for the

Northern **District of** Alabama

Northfield Insurance Co., Plaintiff,

v.   Case No. 4:17-CV-01236-ACA

Browning Timber, et al, Defendant.

## NOTICE OF APPEAL

Notice is hereby given that Defendant Brad Wilson (name all parties * taking the appeal) in the above named case hereby appeal to the United States Court of Appeals for the Federal Circuit Eleventh (11th) (from the final judgment) ((from an order) (describe the order)) entered in this action on 01/08/2019

_(signature)_

(Signature of appellant or attorney)

From the Order granting plaintiff's Motion For Summary Judgment

Flint Liddon 1330 21st Way South, Suite G-10 Birmingham, ALabama 35205

Flint@Liddonlaw.com

(Address of appellant or attorney and e-mail address)

[Reset Fields]

*See Fed. R. App. P. 3(c) for permissible ways of identifying appellants.