FILED
2019 Jun-17 PM 02:49
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

June 17, 2019

Clerk - Northern District of Alabama
U.S. District Court
Hugo L. Black United States Courthouse
1729 5TH AVE N
BIRMINGHAM, AL 35203

Appeal Number: 19-10488-EE
Case Style: Northfield Insurance Company v. Brad Wilson
District Court Docket No: 4:17-cv-01236-ACA

The enclosed copy of the Clerk's Entry of Dismissal for failure to prosecute in the above referenced appeal is issued as the mandate of this court. See 11th Cir. R. 41-4. Pursuant to 11th Cir. R. 42-2(c) and 42-3(c), when an appellant fails to timely file or correct a brief or appendix, the appeal shall be treated as dismissed on the first business day following the due date. This appeal was treated as dismissed on 06/04/2019.

Counsel and pro se parties are advised that pursuant to Fed.R.App.P. 25(a)(2)(A), a motion to set aside the dismissal and remedy the default "is not timely unless the clerk receives the papers within the time fixed for filing."

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Elora Jackson, EE
Phone #: (404) 335-6173

Enclosure(s)

DIS-2CIV Letter and Entry of Dismissal

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 19-10488-EE
_____

NORTHFIELD INSURANCE COMPANY,

                                               Plaintiff - Appellee

versus

BROWNING TIMBER & SAW MILL, LLC
a.k.a.
Browning Sawmill, LLC, et al.,

                                               Defendants,

BRAD WILSON,

                                               Defendant - Appellant.

_____

Appeal from the United States District Court
for the Northern District of Alabama
_____

ENTRY OF DISMISSAL: Pursuant to the 11th Cir.R. 42-1(b), this appeal is hereby DISMISSED for want of prosecution because the appellant Brad Wilson has failed to file an appellant's brief within the time fixed by the rules, effective June 17, 2019.

DAVID J. SMITH
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

by:  Elora Jackson, EE, Deputy Clerk

                                                  FOR THE COURT - BY DIRECTION